# LAW OFFICES OF MICHAEL TRACY

2030 Main St. • Suite 1300 • Irvine, CA 92614 • Phone: 949-260-9171 • Fax: 866-365-3051

March 9, 2018

Exis Residencies Inc.
2001 SOUTH BARRINGTON AVE STE 314
Los Angeles, CA  90025

**Re:    Demand For Unpaid Overtime And Other Violations**

Dear Human Resource Manager:

I am an attorney representing Brian Sitz in a dispute against Exis Residencies Inc.. If you are currently represented by an attorney, please give this letter to them. If you do not have an attorney, you may wish to retain one before proceeding.

My client was employed by Exis Residencies Inc. from on or about February 26, 2017 through November 25, 2017. During his employment, my client worked numerous hours of overtime for which he was not paid. In addition, my client was not provided an adequate pay stub as required by Cal. Labor Code §226, and was not provided an ample meal period or break periods as required under California law.

Under state law, my client is entitled to be paid for all unpaid overtime. Under Federal law, my client is entitled to overtime pay as well as an equal sum in liquidated damages. My client is also entitled to one hour's pay for each day a proper meal period or rest break was not provided. In addition, your company did not provide proper pay stubs as required by law. As such, my client suffered injury and you are liable in the amount of $50 for the first improper pay stub and $100 for each subsequent improper pay stub. State law also requires you to pay my client a waiting time penalty for refusing to pay his wages upon leaving your employment.

You must pay the following to my client immediately:

| | |
|---|---:|
| CA Overtime | $23,670 |
| Liquidated Damages | $23,670 |
| Failure to itemize | $3,000 |
| Waiting Time Penalties | $3,120 |
| Meal Penalties | $2,526 |
| Attorneys Fees | $600 |
| **Total** | **$56,586** |

If you do not pay this amount immediately, legal proceedings against your company will be commenced in civil court. These proceedings could entail an action for civil penalties under the Private Attorney General Statutes. Under these statutes, my client will sue for all labor violations committed against any employee, not just my client. Given the extent of the labor violations that my client is aware of, the total civil penalties could be substantial. If you have an arbitration agreement that you believe is valid, you must send my office a copy immediately or waive any right to arbitrate.

These actions will be against the owners and managers of the company personally as well as the company. Any award can be collected directly from your personal assets, as well as any assets of the company. Your attorney can explain to you what your liability for these claims will be, but both California and federal law allow collection of unpaid wages directly from the person responsible for the violation.

If we are forced to collect this money through the courts, you will be required to pay my attorney fees and interest. As such, any delay on your part in paying this amount will only increase the amount that you will ultimately have to pay. If the money is awarded at trial, the attorney fees you will be required to pay me will likely exceed the amount of the claim.

To avoid any further action in this matter, please send a check payable to my client to:

Law Offices of Michael Tracy
2030 Main St. Suite 1300
Irvine, CA    92614

If I have not received payment by March 30, 2018, nor heard from your attorney, a law suit against you will be filed on that day. My client is interested in a quick resolution of this matter. However, these are very clear and serious labor violations that your company has committed. As such, if you do not settle promptly, my client is fully prepared to seek the entire amount of damages in court, plus attorney fees. Please also respond to the attached demand for inspection of documents.

Please have your attorney contact me if there are any issues that need to be discussed. My phone number is (949) 260-9171.


Thank You,

Michael Tracy
Attorney

# LAW OFFICES OF MICHAEL TRACY

2030 Main St. • Suite 1300 • Irvine, CA 92614 • Phone: 949-260-9171 • Fax: 866-365-3051

March 9, 2018

Dear Sir or Madam:

Please send the following records to our office for our client Brian Sitz.

1. All payroll records required to be kept under California Labor Code §226. This requires an accurate itemized statement in writing showing:

    (1) gross wages earned,
    (2) total hours worked by the employee,
    (3) the number of piece-rate units earned and any applicable piece rate if the employee is paid on a piece-rate basis,
    (4) all deductions, provided that all deductions made on written orders of the employee may be aggregated and shown as one item,
    (5) net wages earned,
    (6) the inclusive dates of the period for which the employee is paid,
    (7) the name of the employee and the last four digits of his or her social security number,
    (8) the name and address of the legal entity that is the employer, and
    (9) all applicable hourly rates in effect during the pay period and the corresponding number of hours worked at each hourly rate by the employee.

Please note that the law provides that an employer who receives a written or oral request to inspect or copy records shall comply with the request as soon as practicable, but no later than 21 calendar days from the date of the request.

2. All time records, as required by section 7(C) of the applicable wage order.

3. Our client's personnel file, as per California Labor Code §1198.5. Every employee has the right to inspect the personnel records that the employer maintains relating to the employee's performance or to any grievance concerning the employee.

4. All records signed by my client regarding obtaining or holding employment, pursuant to California Labor Code §432.

In the alternative, you may respond to this request with a reasonable time and place for our client or someone from our office to inspect and copy these documents.